UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 25-CR-30041 |
| | ) |
| v. | ) Violations: |
| | ) |
| DENNIS CONDRON, | ) Counts One Through Four: Filing a False Tax |
| | ) Return (26 U.S.C. § 7206(1)) |
| Defendant | ) |

INFORMATION

At all times relevant to this Information:

General Allegations

1.  Defendant DENNIS CONDRON ("CONDRON") resided in Cheshire, Massachusetts.

2.  CONDRON was the sole owner and operator of D. Condron Construction, Inc. ("DCCI"), a Massachusetts based C-Corporation doing business in construction.

3.  The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering and enforcing federal tax laws of the United States.

The Federal Tax Requirements

4.  U.S. corporations, including DCCI, were required to make and file a tax return each year.

5.  A U.S. Corporation Income Tax Return (Form 1120) was the form that U.S. corporations were required to submit to the IRS on a yearly basis, on which corporations reported various items, including income, expenses, and taxes due and owing. The Form 1120 was used by the IRS to assess tax liabilities.

6.  Under federal tax law, gross income meant all income from whatever source

derived, including but not limited to compensation for services, including fees, commissions, benefits, and similar items.

### The False Tax Returns

7. For each of the tax years 2017, 2018, 2019, and 2020, CONDRON concealed DCCI's income, including by depositing customer payments into CONDRON's personal bank accounts.

8. After concealing DCCI's income, CONDRON filed falsified Forms 1120 for DCCI for the years 2017, 2018, 2019 and 2020.

9. For the 2017 tax year, CONDRON knowingly and intentionally filed a Form 1120 in which he failed to report as income approximately 60 checks totaling $96,981, which he cashed or deposited into his personal bank account.

10. CONDRON's failure to report the additional $96,981 in income for DCCI resulted in a $14,072 tax loss for the 2017 tax year.

11. For the 2018 tax year, CONDRON knowingly and intentionally filed a Form 1120 in which he failed to report as income approximately 60 checks totaling $189,205, which he cashed or deposited into his personal bank account.

12. CONDRON's failure to report the additional $189,205 in income for DCCI resulted in a $29,684 tax loss for the 2018 tax year.

13. For the 2019 tax year, CONDRON knowingly and intentionally filed a Form 1120 in which he failed to report as income approximately 60 checks totaling $138,329, which he cashed or deposited into his personal bank account.

14. CONDRON's failure to report the additional $138,329 in income for DCCI resulted in a $19,204 tax loss for the 2019 tax year.

15. For the 2020 tax year, CONDRON knowingly and intentionally filed a Form 1120 in which he failed to report as income approximately 60 checks totaling $185,742, which he cashed or deposited into his personal bank account.

16. CONDRON's failure to report the additional $185,742 in income for DCCI resulted in a $29,527 tax loss for the 2020 tax year.

17. In all, CONDRON knowing and intentionally failed to report income in excess of $610,000 for DCCI. By diverting this income, DCCI did not pay taxes at the corporation level, resulting in an approximately $131,387 loss to the United States Government.

18. Additionally, CONDRON's failure to pay individual tax on the diverted funds, considered qualified dividends, resulted in a computed tax loss of $92,487.

19. In total, CONDRON's conduct resulted in a $223,874 loss to the United States Government.

<u>COUNT ONE</u>
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The United States Attorney charges:

20. The United States Attorney re-alleges and incorporates by reference paragraphs 1-19 of this Information.

21. On or about September 19, 2018, in the District of Massachusetts, the defendant,

DENNIS CONDRON,

did willfully make and subscribe a U.S. Individual Tax return, for the tax year 2017, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Director, Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the tax return reported income of approximately $72,731, whereas, CONDRON knew he received approximately $169,712 in additional income that was not reported, resulting in a $14,072 tax loss to the United States Government.

All in violation of Title 26, United States Code, Section 7206(1).

COUNT TWO
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The United States Attorney further charges:

22.　　The United States Attorney re-alleges and incorporates by reference paragraphs 1-19 of this Information.

23.　　On or about October 11, 2019, in the District of Massachusetts, the defendant,

DENNIS CONDRON,

did willfully make and subscribe a U.S. Individual Tax return, for the tax year 2018, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Director, Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the tax return reported income of approximately $75,440, whereas, CONDRON knew he received approximately $189,205 in additional income that was not reported, resulting in a $29,684 tax loss to the United States Government.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT THREE
### Filing a False Tax Return
### (26 U.S.C. § 7206(1))

The United States Attorney further charges:

24. The United States Attorney re-alleges and incorporates by reference paragraphs 1-19 of this Information.

25. On or about October 14, 2020, in the District of Massachusetts, the defendant,

### DENNIS CONDRON,

did willfully make and subscribe a U.S. Individual Tax return, for the tax year 2019, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Director, Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the tax return reported income of approximately $68,448, whereas, CONDRON knew he received approximately $138,329 in additional income that was not reported, resulting in a $19,204 tax loss to the United States Government.

All in violation of Title 26, United States Code, Section 7206(1).

## COUNT FOUR
## Filing a False Tax Return
## (26 U.S.C. § 7206(1))

The United States Attorney further charges:

26. The United States Attorney re-alleges and incorporates by reference paragraphs 1-19 of this Information.

27. On or about August 26, 2021, in the District of Massachusetts, the defendant,

### DENNIS CONDRON,

did willfully make and subscribe a U.S. Individual Tax return, for the tax year 2020, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Director, Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the tax return reported income of approximately $80,662, whereas, CONDRON knew he received approximately $185,742 in additional income that was not reported, resulting in a $29,527 tax loss to the United States Government.

All in violation of Title 26, United States Code, Section 7206(1).

                                         Respectfully submitted,

                                         LEAH B. FOLEY
                                         Acting United States Attorney

By:     */s/Caroline Merck*
         CAROLINE MERCK
         Assistant U.S. Attorney

Date:  August 5, 2025